# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>JORGE W. MAISONET-RIVERA<br><br><br>**Defendant(s).** | Case No. 3:22-cr-00274 (FAB) |

## ORDER

The Report and Recommendation filed on July 13, 2022, ECF No. 9 on defendant's Rule 11 proceeding held before Magistrate Judge Marshal D. Morgan on June 17, 2022, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant as to count 1 of the Information is accepted.

**In Person Sentencing hearing remains set for September 21, 2022 at 9:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of August 2022.

> s/Francisco A. Besosa
> FRANCISCO A. BESOSA
> Senior United States District Judge